**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Willie Lee RANDEL, JR., Defendant–Appellant.**

**No. 05–20226**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Willie Lee Randel, Jr., Beaumont, TX, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Willie Lee Randel, Jr., in his appeal of the order revoking his term of supervised release has filed a motion and a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Randel has not filed a response to his counsel's motion.

This court must examine the basis of its jurisdiction on its own motion if necessary. *Mosley v. Cozby,* 813 F.2d 659, 660 (5th Cir.1987). Article III, § 2 of the Constitution limits federal court jurisdiction to actual cases and controversies. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998). The case-or-controversy requirement demands that "some concrete and continuing injury other than the now-ended incarceration or parole—some 'collateral consequence' of the conviction—must exist if the suit is to be maintained." *Id.*

Randel has served the sentence that was imposed upon the revocation of his supervised release. The order revoking Randel's term of supervised release imposed no further term of supervised release. Accordingly, there is no case or controversy for this court to address, and the appeal is

---

dismissed as moot. Counsel's motion to withdraw is denied as unnecessary.

MOTION DENIED AS UNNECES-SARY; APPEAL DISMISSED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.